UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: <br><br> VITAL PHARMACEUTCALS, INC. <br><br> Debtor. <br><br>――――――――――――――――――― <br><br> THERMOLIFE INTERNATIONAL, LLC <br><br> Plaintiff, <br><br> v. <br><br> VITAL PHARMACEUTCALS, INC. d/b/a BANG ENERGY d/b/a VPX <br><br> Defendant. | Chapter 11 Case <br><br><br> Case No. 22-17842-PDR <br><br><br> Adv. Proc. No. 23-01134-PDR |

**STIPULATION FOR DISMISSAL OF**
**ADVERSARY PROCEEDING WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, ThermoLife International, LLC (the"Plaintiff"), on the one hand, Vital Pharmaceuticals, Inc. d/b/a Bang Energy d/b/a VPX, (the "Defendant"), on the other hand, hereby agree as follows:

1. The above-captioned adversary proceeding shall be dismissed with prejudice; and

2. Plaintiff and Defendant shall each bear their own attorneys fees and costs in connection with this adversary proceeding.

**THIS SPACE IS LEFT INTENTIONAL BLANK**

**Page 1 of 4**

#52232591 v2

Dated: December 5, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: /s/ Francis DiGiovanni
Francis DiGiovanni
DE Bar No. 3189
Geoffrey A. Zelley
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 467-4200
Email: francis.digiovanni@faegredrinker.com
geoffrey.zelley@faegredrinker.com
*Special Counsel for Defendant*

**DEVLIN LAW FIRM LLC**

By: /s/ Timothy Devlin
Timothy Devlin
DE Bar No. 4241
Veronica McCarty
DE Bar No. 6734
PA Bar No. 326315
Leonard Monfredo
NY Bar No. 4721650
WA Bar No. 54871
1306 N. Broom St., Suite 1
Wilmington, DE 19806
Telephone: (302) 449-9011
Facsimile: (302) 353-4251
*Counsel for ThermoLife International, LLC*

and

**GRAY ROBINSON, P.A.**
333 S.E. 2nd Ave., Suite 3200
Miami, FL 33131
Tel: (305) 416-6800
Fax: (305) 416-6887

By: /s/ Steven J. Solomon
Steven J. Solomon, Esq.
Florida Bar No: 931969
steven.solomon@gray-robinson.com
Jorge Espinosa, Esq.
Florida Bar No: 779032
jorge.espinosa@gray-robinson.com
*Local Counsel for ThermoLife International, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was served on this 5th day of December 2023, by electronictransmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List..

/s/ Steven J. Solomon
Steven J. Solomon

## CM/ECF SERVICE LIST

**23-01134-PDR Notice will be electronically mailed to:**

Jordi Guso, Esq. on behalf of Defendant Vital Pharmaceuticals, Inc.
jguso@bergersingerman.com,
fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com

Veronica McCarty on behalf of Plaintiff ThermoLife International, LLC
vmccarty@devlinlawfirm.com, dlflitparas@devlinlawfirm.com

Michael Jordan Niles on behalf of Defendant Vital Pharmaceuticals, Inc.
mniles@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.courtdrive.com;zmorton@bergersingerman.com

Steven J. Solomon, Esq. on behalf of Plaintiff ThermoLife International, LLC
steven.solomon@gray-robinson.com, Ana.Marmanillo@gray-robinson.com

Jorge Espinosa on behalf of Plaintiff ThermoLife International, LLC
jorge.espinosa@gray-robinson.com, Sandra.Hellestrae@gray-robinson.com